CLARENCE D. LEVEY, Respondent, v. EDMUND R. DODGE, Appellant.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.